**Thomas H. Billingslea, Jr.**
**530 'B' Street, Suite 1500**
**San Diego, California 92101**
**Phone: (619) 233-7525**

**U.S. Bankruptcy Court**
**Southern District of California**
**325 West 'F' Street, San Diego, CA 92101**

| In re: | Bankruptcy No. 10-09537-B-13 |
|---|---|
| **DANIEL ARZAGA and** | Hearing Date: 1/19/2011 |
| **JULIE ARZAGA** | Hearing Time: 2:00 PM |
| | Department: D-2 |

## TRUSTEE'S STATEMENT OF CASE STATUS

The Trustee's Objection to Confirmation remains unresolved:

1. 2 of 7 plan payments received to date, the most recent payment was received August 31st;

2. Plan length exceeds 70 months;

3. Declaration re current income status has not been filed.

The Trustee has conferred with Debtors' Counsel and is informed Debtors will pay all outstanding plan payments by January 17, 2011, Debtor's income has remained stable over the last 6 months; Debtors are proposing to increase the plan payments in order to address the length issue.

Debtors need to address the failure to make the plan payments for the months of September through December 2010.

Dated January 14, 2011.

/s/ Jenny Judith Ha
Jenny Judith Ha
Attorney for Trustee