JASON E. TURNER, SBN 160590
J. TURNER LAW GROUP
823 Anchorage Place
Chula Vista, CA  91914
Ph: (619) 684-4005

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Chapter 13 |
| | Case No. 10-09537-PB13 |
| | **DEBTORS' STATEMENT OF CASE STATUS** |
| DANIEL ARZAGA and JULIE ARZAGA, | Hearing Date: February 16, 2011<br>Time: 3:00pm<br>Dept.: 3 |
| Debtor(s). | |

  Debtors Daniel Arzaga and Julie Arzaga, through their attorney of record, submit the following as a statement of the status of this case:

  1.  The Court has granted Debtors' Motion to Value Debtors' residence and to strip the second lien thereon.

  2.  The Chapter 13 Trustee's remaining objection was that the plan's length, at the original monthly payment, would have exceeded 60 months.  Since the last hearing on the Trustee's objection to confirmation, Debtors' counsel prepared and submitted to the Trustee a Preconfirmation Modification to increase plan payments to $1,057 per month for months 7 through 12, and to further increase plan payments to $1,150 per months in months 13 through 60 of the plan.  The effect of this PCM will be to pay all required obligations under Chapter 13, and

1

pay to nonpriority unsecured creditors at least what Debtors had proposed in their original plan, within the plan's 60-month life.  Accordingly, Debtors submit that they have fully addressed the Trustee's outstanding objection to confirmation.

       3.  No creditor objected to Debtors' plan.

Dated: February 15, 2011                     Respectfully submitted,

                                          **J. TURNER LAW GROUP**

                                          By:   /s/ Jason E. Turner
                                                        Attorney for Debtors

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 823 Anchorage Place, Chula Vista, CA 91914.

On ___Feb. 15, 2011___, I served the foregoing document on the interested parties in this action as follows:

**Jenny Judith Ha, Esq.**
**(email: legalmail@thb.coxatwork.com)**
**Office of Trustee Thomas Billingslea**
**530 B Street, Ste. 1500**
**San Diego, CA  92101**

[X] **(BY MAIL)** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Chula Vista, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. **And served by email at the email address listed above.**

[ ] **(BY FACSIMILE TRANSMISSION)** I personally transmitted a copy of the document to the above-noted parties at the facsimile numbers shown for each, and I received confirmation of successful receipt of the facsimile transmission from the receiving machine.

[ ] **(BY OVERNIGHT DELIVERY SERVICE)** I placed the foregoing document in packaging from Overnite Express, a local overnight delivery service, together with Bill of Lading correctly addressed thereon, and then deposited same in an Overnite Express pick-up box located in Murrieta, California, prior to the 8:00 p.m. pickup time for same.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee:

[ X ] **(State)**    I declare that under penalty of perjury under the laws of the State of California that the above is true and correct.


Dated: February 15, 2011

By: /s/ Jason E. Turner