Jason E. Turner, No. 160590
J. Turner Law Group
823 Anchorage Place
Chula Vista, CA  91914
Ph: (619) 684-4005

**Attorney for Debtor(s)**

**United States Bankruptcy Court**
**Southern District of California**

In Re:

DANIEL ARZAGA and JULIE ARZAGA

Debtor(s)

Bankruptcy No: 10-09537-PB13

Hearing Date:  Feb. 16, 2011

Hearing Time:  3:00pm

Hearing Dept:  3

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

### Chapter 13 Plan Modification Dated: *Feb. 11, 2011*.

The Chapter 13 Plan dated June 10, 2010 , shall be modified as follows:

☒ Plan payment Debtor pays to the Trustee is increased to $ see below .

☐ The dividend paid to unsecured creditors is increased to _____%.

☐ The allowed secured claim of _____ in Plan Paragraph _____ shall be paid

_____ % annual percentage rate of interest.

☐ The filed and allowed unsecured claims shall be paid _____% annual percentage rate of interest.

☒ Plan payments shall increase to $1,057 per month during months 7 through 12, and thereafter increase to $1,150 per month during months 13 to 60.

☐

Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.

Acknowledged and Agreed:

X /s/ Jason E. Turner

Debtor(s) or Debtor(s) Attorney
*(By signing, attorney represents he she is authorized to sign on behalf of client.)*

X _____

Chapter 13 Trustee/Trustee's Attorney

Dated: 2/11/2011

Dated: 3/7/11